# In the United States Court of Federal Claims

No. 19-394C

(Filed: September 25, 2019)

|  |  |
|---|---|
| DONALD MOSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## DISMISSAL ORDER

Plaintiff's response to defendant's motion to dismiss, see ECF No. 5, was originally due June 6, 2019. The court, acting sua sponte, extended that deadline to July 26, 2019. See ECF No. 6. When that deadline, too, was missed, the court issued a show cause order. See ECF No. 7. Plaintiff's response to the show cause order was due by August 30, 2019. Id. As of the date of this order, no filing has been received from plaintiff.

Accordingly, the clerk's office is directed to **DISMISS** this suit for failure to prosecute, pursuant to RCFC 41(b), **with prejudice**.

IT IS SO ORDERED.

PATRICIA E. CAMPBELL-SMITH
Judge

Case 1:19-cv-00394-PEC   Document 8   Filed 09/25/19   Page 2 of 2